No. 77–5958.   ELLIOTT *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 77–5984.   JOHNSON *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 77–5995.   REDA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 77–6005.   HIMES *v.* HEWITT, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 77–6019.   HOCKER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–6023.   CLARK *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6031.   DAVIS *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 77–6039.   CARR *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 77–6078.   LEWIS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 77–6088.   ROBSON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6104.   CARTER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–6111.   BROWN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 77–6119.   FELTS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6125.   BARKLEY *v.* LUMPKIN, WARDEN.   C. A. 9th Cir.   Certiorari denied.